UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-09
```

------------------------------------X

AmeriBag, Inc.

                    Plaintiff(s)        :      09 CIV. 8917

       -vs-                                    Notice of a Pretrial
                                        :      Conference
Mascorro Leather, Inc.
                                        :

                    Defendant(s)        :

------------------------------------X

    Counsel are directed to appear in Courtroom 20-C on January 14, 2010 at 9:45 am, for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

    This conference will not be adjourned except by order of the Court.

                    SO ORDERED.

DATED:  NEW YORK, NEW YORK
        October 29, 2009

                                    _John F. Keenan_____
                                    JOHN F. KEENAN
                                    U.S.D.J.